**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Media Mix Net, Inc. § | Case No. 07-13953 |
| § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 13, 2007. The undersigned trustee was appointed on July 13, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     20,280.47

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 1,790.40 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $     18,490.07 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 12/07/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,778.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,778.05, for a total compensation of $2,778.05. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $178.73, for total expenses of $178.73.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/17/2009           By:/s/DAVID P. LEIBOWITZ
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

**Form 1**

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-13953  
Case Name: Media Mix Net, Inc.  

Period Ending: 12/17/09

Trustee:        (330570)   DAVID P. LEIBOWITZ  
Filed (f) or Converted (c):  07/13/07 (f)  
§341(a) Meeting Date:    09/04/07  
Claims Bar Date:         12/07/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Preference Claim against Home and Garden Network (u) | 161,500.00 | 161,500.00 | DA | 0.00 | FA |
| 2 | Preference Claim againt Television Food Network (u)<br>Unscheduled - DA- Ordinary Course  (See Footnote) | 263,633.89 | 263,633.89 | DA | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE<br>A/R DA Uncollectable not A/R at all, but booked against work not performed  (See Footnote) | 518,675.00 | 3,046,673.30 | DA | 0.00 | FA |
| 4 | Patent Pending (media planning and buying system<br>To be purchased by technacity for $7500 | 6,000.00 | 7,500.00 | DA | 7,500.00 | FA |
| 5 | ACCOUNTS RECEIVABLE (Siteman Cancer Center)<br>Siteman Cancer Center | 5,301.44 | 5,301.44 | DA | 0.00 | FA |
| 6 | ACCOUNTS RECEIVABLE  (ACB 50/50)<br>ACB 50/50 | 1,795.00 | 1,795.00 | DA | 0.00 | FA |
| 7 | ACCOUNTS RECEIVABLE Advertising Checking Bureau<br>Advertising Checking Bureau | 34,202.90 | 34,202.90 | DA | 0.00 | FA |
| 8 | ACCOUNTS RECEIVABLE (AMCORE Bank)<br>AMCORE Bank | 26,605.12 | 26,605.12 | DA | 0.00 | FA |
| 9 | ACCOUNTS RECEIVABLE Carolinas Healthcare<br>Carolinas Healthcare | 299.00 | 299.00 | DA | 0.00 | FA |
| 10 | ACCOUNTS RECEIVABLE Cbeyond<br>Cbeyond | 150.00 | 150.00 | DA | 0.00 | FA |
| 11 | ACCOUNTS RECEIVABLE Clockwork<br>Clockwork | 1,680.00 | 1,680.00 | DA | 0.00 | FA |
| 12 | ACCOUNTS RECEIVABLE (FTD, Inc.)<br>Clockwork | 11,000.00 | 11,000.00 | DA | 0.00 | FA |
| 13 | ACCOUNTS RECEIVABLE Greenhouse Communication<br>Greenhouse Communication | 6,083.51 | 6,083.51 | DA | 0.00 | FA |
| 14 | ACCOUNTS RECEIVABLE Newberry Library<br>Newberry Library | 1,180.80 | 1,180.80 | DA | 0.00 | FA |
| 15 | ACCOUNTS RECEIVABLE Unity Health Insurance<br>Unity Health Insurance | 86.40 | 86.40 | DA | 0.00 | FA |
| 16 | ACCOUNTS RECEIVABLE UW Health<br>UW Health | 2,232.93 | 2,232.93 | DA | 3,400.00 | FA |

**Form 1**

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-13953  
Case Name: Media Mix Net, Inc.  

Period Ending: 12/17/09  

Trustee: (330570) DAVID P. LEIBOWITZ  
Filed (f) or Converted (c): 07/13/07 (f)  
§341(a) Meeting Date: 09/04/07  
Claims Bar Date: 12/07/07  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 17 ACCOUNTS RECEIVABLE Verizon<br>    Verizon | 6,496.64 | 6,496.64 | DA | 0.00 | FA |
| 18 BANK ACCOUNTS<br>    account at JP Morgan Chase Bank #5330394236 | 0.00 | 4,625.85 | DA | 0.00 | FA |
| 19 ACCOUNTS RECEIVABLE (Inter Public Group) | 0.00 | 7,137.90 | DA | 7,137.90 | FA |
| 20 ACCOUNTS RECEIVABLE-Dothan Eagle (u)<br>    Over payment refund coming. | 0.00 | 1,618.50 | DA | 1,618.50 | FA |
| 21 Refunds from Vendors not scheduled (u) | Unknown | Unknown | DA | 570.85 | FA |
| Int INTEREST (u) | Unknown | N/A | | 53.22 | Unknown |
| 22 Assets Totals (Excluding unknown values) | $1,046,922.63 | $3,589,803.18 | | $20,280.47 | $0.00 |

RE PROP# 2    DA- Ordinary Course  
RE PROP# 3    Bulk of accounts in the amount of $2,146,874.83 are  
              older than 120 days and are of doubtful value  

              A/R DA Uncollectable not A/R at all, but booked against work not performed  

**Major Activities Affecting Case Closing:**

-Enter all assets  
-Get Lois employed  
-Contact accountant for tax docs  
-Create preference spreadsheet  

Ready for TFR - first quarter 2009  
DPl to do a preferential analysis- 3/20/09 MIG  

Initial Projected Date Of Final Report (TFR):    December 31, 2009        Current Projected Date Of Final Report (TFR):    December 31, 2009

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 07-13953  
Case Name: Media Mix Net, Inc.  

Taxpayer ID #: 36-4411569  
Period Ending: 12/17/09  

Trustee: DAVID P. LEIBOWITZ (330570)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****14-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/07 | {4} | TECHnacity LLC | Purchase of software and Patent pending per order | 1129-000 | 7,500.00 | | 7,500.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.13 | | 7,500.13 |
| 11/06/07 | {16} | UW Health | Accounts receivable from UW Health, University of Wisconsin Medical Foundation | 1121-000 | 3,400.00 | | 10,900.13 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.18 | | 10,905.31 |
| 11/30/07 | | irs | TAX | 2810-000 | | 1.45 | 10,903.86 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.55 | | 10,909.41 |
| 01/02/08 | 1001 | Merrill Lynch- Third Party Services | for production of documents | 2990-000 | | 85.00 | 10,824.41 |
| 01/18/08 | {20} | Dothan Eagle | Over payment refund | 1221-000 | 1,618.50 | | 12,442.91 |
| 01/25/08 | {19} | Inter Public Group | Accts receivable | 1290-000 | 7,137.90 | | 19,580.81 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.26 | | 19,586.07 |
| 02/04/08 | 1002 | ADP | W-2 preparation | 2690-730 | | 116.25 | 19,469.82 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.00 | | 19,473.82 |
| 03/24/08 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #07-13953 | 2300-000 | | 22.65 | 19,451.17 |
| 03/31/08 | {21} | Crump Group Inc. | Refund from BISYS Co. vendor | 1280-000 | 570.85 | | 20,022.02 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.61 | | 20,025.63 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.79 | | 20,028.42 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.50 | | 20,030.92 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.54 | | 20,033.46 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.54 | | 20,036.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.38 | | 20,038.38 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.62 | | 20,041.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.18 | | 20,043.18 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.57 | | 20,044.75 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 20,046.17 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,046.98 |
| 02/03/09 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13953, 2009 Blanket Bond at .80/$1000 Voided on 02/03/09 | 2300-003 | | ! 0.03 | 20,046.95 |
| 02/03/09 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13953, 2009 Blanket Bond at .80/$1000 Voided: check issued on 02/03/09 | 2300-003 | | ! -0.03 | 20,046.98 |
| 02/03/09 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13953, 2009 Blanket Bond Premium | 2300-003 | | 17.34 | 20,029.64 |

Subtotals :   $20,272.33   $242.69

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 12/17/2009 03:23 PM   V.11.54

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-13953 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | Media Mix Net, Inc. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****14-65 - Money Market Account |
| Taxpayer ID #: | 36-4411569 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/17/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 02/27/09 | | | | |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 20,030.40 |
| 02/27/09 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13953, 2009 Blanket Bond Premium Voided: check issued on 02/03/09 | 2300-003 | | -17.34 | 20,047.74 |
| 03/09/09 | 1006 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #07-13953 | 2300-000 | | 25.05 | 20,022.69 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 20,023.56 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,024.37 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 20,025.15 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 20,026.02 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,026.86 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,027.70 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,028.51 |
| 10/09/09 | 1007 | Illinois Department of Revenue | 2008 IL -1120 Tax Return | 2820-000 | | 541.00 | 19,487.51 |
| 10/09/09 | 1008 | Financial Agent | 2008 Tax Return | 2810-000 | | 999.00 | 18,488.51 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,489.30 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,490.07 |
| | | | ACCOUNT TOTALS | | 20,280.47 | 1,790.40 | $18,490.07 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 20,280.47 | 1,790.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,280.47 | $1,790.40 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****14-65 | 20,280.47 | 1,790.40 | 18,490.07 |
| | $20,280.47 | $1,790.40 | $18,490.07 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07-13953
Case Name: Media Mix Net, Inc.
Trustee Name: DAVID P. LEIBOWITZ

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID P. LEIBOWITZ | $ 2,778.05 | $ 178.73 |
| *Attorney for trustee* | LEIBOWITZ LAW CENTER | $ 8,293.50 | $ 109.27 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Lois West | $ 1,376.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*               *Fees*             *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $37,740.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 83P | Dept of the Treasury - Internal Revenue Service | $ 37,740.69 | $ 5,754.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,605,504.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Lebhar-Friedman Inc | $ 30,883.34 | $ 0.00 |
| 2 | iMakeNews Inc. | $ 3,000.00 | $ 0.00 |
| 3 | KMPS FM | $ 3,400.00 | $ 0.00 |
| 4 | Elburn Herald | $ 2,117.42 | $ 0.00 |
| 5 | Belleville News-Democrat | $ 8,666.91 | $ 0.00 |
| 6 | Chicago Reader | $ 2,167.35 | $ 0.00 |
| 7 | KTVK, Inc. | $ 12,155.00 | $ 0.00 |
| 8 | Woodinville Weekly | $ 2,559.60 | $ 0.00 |
| 9 | The Bluffton City Sun | $ 1,347.40 | $ 0.00 |
| 10 | MCC Outdoor, LLC | $ 19,650.97 | $ 0.00 |
| 11 | Chicago Tribune | $ 13,636.50 | $ 0.00 |
| 12 | The Beverly Review | $ 1,312.40 | $ 0.00 |
| 13 | WFMT FM | $ 2,884.84 | $ 0.00 |
| 14 | Schmidt Printing, Inc. | $ 21,230.11 | $ 0.00 |
| 15 | KPLZ FM | $ 16,439.00 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 16 | Monthly Insider | $ 1,100.00 | $ 0.00 |
| 17 | Interactive Market System | $ 9,045.40 | $ 0.00 |
| 18 | SRDS | $ 5,518.23 | $ 0.00 |
| 19 | WFTV TV | $ 3,612.50 | $ 0.00 |
| 20 | Californian | $ 1,638.32 | $ 0.00 |
| 21 | Centro | $ 2,685.77 | $ 0.00 |
| 22 | KMSP TV | $ 7,841.25 | $ 0.00 |
| 23 | WGCI FM | $ 9,299.00 | $ 0.00 |
| 24 | Progressive Grocer | $ 15,000.00 | $ 0.00 |
| 25 | Newspaper National Network LP | $ 13,116.89 | $ 0.00 |
| 26 | WBBH-TV | $ 22,542.00 | $ 0.00 |
| 27 | WZVN-TV | $ 27,493.25 | $ 0.00 |
| 28 | WAXN-TV | $ 18,075.25 | $ 0.00 |
| 29 | KCAU-TV | $ 1,080.35 | $ 0.00 |
| 30 | WSOC-TV | $ 131,800.00 | $ 0.00 |
| 31 | WFTX-TV | $ 42,746.50 | $ 0.00 |
| 32 | WTTG-TV | $ 21,972.50 | $ 0.00 |
| 33 | WTVT-TV | $ 14,020.00 | $ 0.00 |
| 34 | WTXF-TV | $ 19,220.00 | $ 0.00 |
| 35 | KARE-TV | $ 9,286.25 | $ 0.00 |
| 36 | St. Charles Park District B | $ 4,252.50 | $ 0.00 |
| 37 | WQMG/WPAW/WSMW Radio | $ 29,898.75 | $ 0.00 |
| 38 | TBS Superstation | $ 43,617.05 | $ 0.00 |
| 39 | WMAG-FM/WTQR-FM | $ 31,284.25 | $ 0.00 |
| 40 | Comcast Spotlight | $ 4,624.00 | $ 0.00 |
| 41 | Time Warner Cable | $ 235,352.21 | $ 0.00 |
| 42 | WXII-TV | $ 4,488.00 | $ 0.00 |
| 43 | DIY | $ 2,500.00 | $ 0.00 |
| 44 | Home & Gardent TV | $ 23,693.74 | $ 0.00 |
| 45 | HGTV.com | $ 11,560.31 | $ 0.00 |
| 46 | Foodtv.com | $ 69,999.99 | $ 0.00 |
| 47 | HGTV.com | $ 2,500.00 | $ 0.00 |
| 48 -2 | Television Food Network | $ 16,571.16 | $ 0.00 |
| 49 | Plate | $ 17,391.00 | $ 0.00 |
| 50 | WBBM TV | $ 13,591.50 | $ 0.00 |
| 51 | Mailnet Services Direct Mail | $ 142,753.37 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 52 | Benefits Selling Magazine | $ 5,202.00 | $ 0.00 |
| 53 | Marketing Com-Munications | $ 4,950.40 | $ 0.00 |
| 54 | WBTV-TV | $ 86,253.75 | $ 0.00 |
| 55 | Food Arts | $ 13,771.25 | $ 0.00 |
| 56 | WJBK-TV | $ 11,135.00 | $ 0.00 |
| 62 | WPEC-TV | $ 12,223.00 | $ 0.00 |
| 63 | Advertising Checking Bureau | $ 4,656.10 | $ 0.00 |
| 64 | WCCB TV | $ 2,057.00 | $ 0.00 |
| 65 | Savannah Morning News | $ 6,234.52 | $ 0.00 |
| 66 | Clear Channel Broadcasting Inc | $ 7,439.90 | $ 0.00 |
| 67 | American Media Inc | $ 10,000.00 | $ 0.00 |
| 68 | Southeast Missourian | $ 10,381.16 | $ 0.00 |
| 69 | The Badger Herald | $ 1,276.46 | $ 0.00 |
| 70 | KMOX AM | $ 2,477.75 | $ 0.00 |
| 71 | KDAF TV | $ 5,400.00 | $ 0.00 |
| 72 | KPRC TV | $ 7,862.50 | $ 0.00 |
| 73 | Bluffton Breeze | $ 2,000.00 | $ 0.00 |
| 74 | Strata Marketing, Inc. | $ 3,195.65 | $ 0.00 |
| 75 | Adams Outdoor Advertising | $ 1,812.25 | $ 0.00 |
| 76 | Outdoor Service | $ 4,323.63 | $ 0.00 |
| 77 | KSHE FM | $ 2,188.75 | $ 0.00 |
| 78 | KIHT FM | $ 930.75 | $ 0.00 |
| 79 | Sony Pictures Television Inc | $ 58,097.70 | $ 0.00 |
| 80 | David Deutsch | $ 10,000.00 | $ 0.00 |
| 81 | Health Insurance Underwriter | $ 2,932.50 | $ 0.00 |
| 82 | WCNC-TV Inc | $ 17,000.00 | $ 0.00 |
| 83U | Dept of the Treasury - Internal Revenue Service | $ 10,000.00 | $ 0.00 |
| 84 | Gasconade County Republican | $ 2,254.80 | $ 0.00 |
| 85 | Television Food Network, G.P. d/b/a Food Network | $ 86,571.15 | $ 0.00 |
| 86 | Scripps Network LLC d/b/a HGTV and Home and Garden | $ 40,254.05 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

                          N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

                          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**