# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: Media Mix Net, Inc. | § | Case No. 07-13953-CAD |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that __DAVID P. LEIBOWITZ__ , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 01/21/2010 in Courtroom 742, United States Courthouse,
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL  60604 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  12/17/2009        By:  /s/DAVID P. LEIBOWITZ
                                        Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: Media Mix Net, Inc. § Case No. 07-13953-CAD
§
§
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,280.47 |
| *and approved disbursements of* | $ 1,790.40 |
| *leaving a balance on hand of* [1] | $ 18,490.07 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID P. LEIBOWITZ | $ 2,778.05 | $ 178.73 |
| *Attorney for trustee* | LEIBOWITZ LAW CENTER | $ 8,293.50 | $ 109.27 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Lois West | $ 1,376.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $37,740.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 83P | Dept of the Treasury - Internal Revenue Service | $ 37,740.69 | $ 5,754.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,605,504.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Lebhar-Friedman Inc | $ 30,883.34 | $ 0.00 |
| 2 | iMakeNews Inc. | $ 3,000.00 | $ 0.00 |
| 3 | KMPS FM | $ 3,400.00 | $ 0.00 |
| 4 | Elburn Herald | $ 2,117.42 | $ 0.00 |
| 5 | Belleville News-Democrat | $ 8,666.91 | $ 0.00 |
| 6 | Chicago Reader | $ 2,167.35 | $ 0.00 |
| 7 | KTVK, Inc. | $ 12,155.00 | $ 0.00 |
| 8 | Woodinville Weekly | $ 2,559.60 | $ 0.00 |
| 9 | The Bluffton City Sun | $ 1,347.40 | $ 0.00 |
| 10 | MCC Outdoor, LLC | $ 19,650.97 | $ 0.00 |
| 11 | Chicago Tribune | $ 13,636.50 | $ 0.00 |
| 12 | The Beverly Review | $ 1,312.40 | $ 0.00 |
| 13 | WFMT FM | $ 2,884.84 | $ 0.00 |
| 14 | Schmidt Printing, Inc. | $ 21,230.11 | $ 0.00 |
| 15 | KPLZ FM | $ 16,439.00 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 16 | Monthly Insider | $ 1,100.00 | $ 0.00 |
| 17 | Interactive Market System | $ 9,045.40 | $ 0.00 |
| 18 | SRDS | $ 5,518.23 | $ 0.00 |
| 19 | WFTV TV | $ 3,612.50 | $ 0.00 |
| 20 | Californian | $ 1,638.32 | $ 0.00 |
| 21 | Centro | $ 2,685.77 | $ 0.00 |
| 22 | KMSP TV | $ 7,841.25 | $ 0.00 |
| 23 | WGCI FM | $ 9,299.00 | $ 0.00 |
| 24 | Progressive Grocer | $ 15,000.00 | $ 0.00 |
| 25 | Newspaper National Network LP | $ 13,116.89 | $ 0.00 |
| 26 | WBBH-TV | $ 22,542.00 | $ 0.00 |
| 27 | WZVN-TV | $ 27,493.25 | $ 0.00 |
| 28 | WAXN-TV | $ 18,075.25 | $ 0.00 |
| 29 | KCAU-TV | $ 1,080.35 | $ 0.00 |
| 30 | WSOC-TV | $ 131,800.00 | $ 0.00 |
| 31 | WFTX-TV | $ 42,746.50 | $ 0.00 |
| 32 | WTTG-TV | $ 21,972.50 | $ 0.00 |
| 33 | WTVT-TV | $ 14,020.00 | $ 0.00 |
| 34 | WTXF-TV | $ 19,220.00 | $ 0.00 |
| 35 | KARE-TV | $ 9,286.25 | $ 0.00 |
| 36 | St. Charles Park District B | $ 4,252.50 | $ 0.00 |
| 37 | WQMG/WPAW/WSMW Radio | $ 29,898.75 | $ 0.00 |
| 38 | TBS Superstation | $ 43,617.05 | $ 0.00 |
| 39 | WMAG-FM/WTQR-FM | $ 31,284.25 | $ 0.00 |
| 40 | Comcast Spotlight | $ 4,624.00 | $ 0.00 |
| 41 | Time Warner Cable | $ 235,352.21 | $ 0.00 |
| 42 | WXII-TV | $ 4,488.00 | $ 0.00 |
| 43 | DIY | $ 2,500.00 | $ 0.00 |
| 44 | Home & Gardent TV | $ 23,693.74 | $ 0.00 |
| 45 | HGTV.com | $ 11,560.31 | $ 0.00 |
| 46 | Foodtv.com | $ 69,999.99 | $ 0.00 |
| 47 | HGTV.com | $ 2,500.00 | $ 0.00 |
| 48 -2 | Television Food Network | $ 16,571.16 | $ 0.00 |
| 49 | Plate | $ 17,391.00 | $ 0.00 |
| 50 | WBBM TV | $ 13,591.50 | $ 0.00 |
| 51 | Mailnet Services Direct Mail | $ 142,753.37 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 52 | Benefits Selling Magazine | $ 5,202.00 | $ 0.00 |
| 53 | Marketing Com-Munications | $ 4,950.40 | $ 0.00 |
| 54 | WBTV-TV | $ 86,253.75 | $ 0.00 |
| 55 | Food Arts | $ 13,771.25 | $ 0.00 |
| 56 | WJBK-TV | $ 11,135.00 | $ 0.00 |
| 62 | WPEC-TV | $ 12,223.00 | $ 0.00 |
| 63 | Advertising Checking Bureau | $ 4,656.10 | $ 0.00 |
| 64 | WCCB TV | $ 2,057.00 | $ 0.00 |
| 65 | Savannah Morning News | $ 6,234.52 | $ 0.00 |
| 66 | Clear Channel Broadcasting Inc | $ 7,439.90 | $ 0.00 |
| 67 | American Media Inc | $ 10,000.00 | $ 0.00 |
| 68 | Southeast Missourian | $ 10,381.16 | $ 0.00 |
| 69 | The Badger Herald | $ 1,276.46 | $ 0.00 |
| 70 | KMOX AM | $ 2,477.75 | $ 0.00 |
| 71 | KDAF TV | $ 5,400.00 | $ 0.00 |
| 72 | KPRC TV | $ 7,862.50 | $ 0.00 |
| 73 | Bluffton Breeze | $ 2,000.00 | $ 0.00 |
| 74 | Strata Marketing, Inc. | $ 3,195.65 | $ 0.00 |
| 75 | Adams Outdoor Advertising | $ 1,812.25 | $ 0.00 |
| 76 | Outdoor Service | $ 4,323.63 | $ 0.00 |
| 77 | KSHE FM | $ 2,188.75 | $ 0.00 |
| 78 | KIHT FM | $ 930.75 | $ 0.00 |
| 79 | Sony Pictures Television Inc | $ 58,097.70 | $ 0.00 |
| 80 | David Deutsch | $ 10,000.00 | $ 0.00 |
| 81 | Health Insurance Underwriter | $ 2,932.50 | $ 0.00 |
| 82 | WCNC-TV Inc | $ 17,000.00 | $ 0.00 |
| 83U | Dept of the Treasury - Internal Revenue Service | $ 10,000.00 | $ 0.00 |
| 84 | Gasconade County Republican | $ 2,254.80 | $ 0.00 |
| 85 | Television Food Network, G.P. d/b/a Food Network | $ 86,571.15 | $ 0.00 |
| 86 | Scripps Network LLC d/b/a HGTV and Home and Garden | $ 40,254.05 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                            Allowed Amt. of Claim     Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                            Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:  /s/DAVID P. LEIBOWITZ
                     Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vwalker              Page 1 of 6                   Date Rcvd: Dec 21, 2009
Case: 07-13953                 Form ID: pdf006            Total Noticed: 359


The following entities were noticed by first class mail on Dec 23, 2009.
db          +Media Mix Net, Inc.,   303 W. Erie,    #400,    Chicago, IL 60654-3972
aty         +Scott N. Schreiber,    Stahl Cowen Crowley,    55 W. Monroe Street,   Suite 1200,
              Chicago, IL 60603-5127
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11526784    +A & E Television Networks,    235 E. 45th St.,    New York, NY 10017-3305
11526785     ACF Today,   180 Center Place Way,    Lexington, KY 40588
11526788    +AIG - Appalachian Underwriters, Inc,    P.O. Box 1017,    Clinton, TN 37717-1017
11526786    +Adams Outdoor Advertising,    102 E. Badger Road,    Madison, WI 53713-2705
11526787     Advertising Checking Bureau,    P.O. Box 1000,    Dept. 288,   Memphis, TN 38148-0288
11526789    +Alexa E. Ganakos,   1660 N. LaSalle Dr.,    #3309,    Chicago, IL 60614-6026
11526790    +Alissa Hunt,   911 W. Dakin,   Chicago, IL 60613-4991
11526972   +++American Media Inc,    1 Park Ave 3rd FLR,    Attn Armando Montatro,    New York, NY 10016-5802
11526792    +Andrea J. Shore,   216 Forestway Dr.,    Deerfield, IL 60015-4810
11526793    +Back of the Yards Journal,    1751 W. 47th,    Chicago, IL 60609-3889
11526794    +Baltimore Examiner,    400 E. Pratt St.,   11th Floor,    Baltimore, MD 21202-3116
11526795    +Barnes & Thornburg,    Attn: David Edwards,    One North Wacker Dr., Ste. 4400,
              Chicago, IL 60606-2833
11526796     Barnes & Thornburg, LLP,    1 N. Wacker, Ste. 4400,    Chicago, IL 60606-2833
11526797    +Barth Bennette,   2050 W. Jackson,    Apt. 304,    Chicago, IL 60612-3066
11526798    +Batavia Park District Brochure,    327 W. Wilson St.,    Batavia, IL 60510-1948
11526800    +Beaufort Gazette,    P.O. Box 399,   Beaufort, SC 29901-0399
11526801    +Beaufort Memorial Hospital,    955 Ribaut Road,    Beaufort, SC 29902-5454
11526802    +Beaumont Enterprise,    380 Main,   P.O. Box 3071,    Beaumont, TX 77704-3071
11526803    +Beermann Swerdlove,    161 N. Clark, Ste. 2600,    Chicago, IL 60601-3297
11526804     Belleville News-Democrat,    P.O. Box 427,    Belleville, IL 62222-0427
11526805     Benefits Selling Magazine,    Wiesner Publishing, LLC,    Dept. 533,    Denver, CO 80291-0533
11526807    +Bluefield Telegraph,    P.O. Box 1599,    Bluefield, WV 24701-1599
11526808    +Bluffton Breeze,   18 Jason St.,    Bluffton, SC 29910-5945
11526809    +Blufton Packet,   10 Bucks Island Rd.,    Bluffton, SC 29910-5937
11526810    +Blufton Today,   818 Bay St., #10,    Beaufort, SC 29902-5599
11526811    +Body + Soul,   42 Pleasant St.,    Watertown, MA 02472-2335
11526812    +Boone County Journal,    1217 N. State St.,    Belvidere, IL 61008-2001
11526813    +Boone County Shopper,    112 Leonard Ct.,    Belvidere, IL 61008-3694
12668165    +CBS Outdoor Inc,    fka Viacom Outdoor Inc,    c/o Jonathan M Levine,    1850 N Central Ave  19th Fl,
              Phoenix, AZ 85004-4527
11526819     CBS Outdoor-NJ,    P.O. Box 33074,   Newark, NJ 07188-0074
11526822    +CFO,   253 Summer St.,    Boston, MA 02210-1118
11526837     CHUM-FM,   1331 Yonge St.,    Toronto, ON
11526843     CKBT-FM,   305 King St. W,    Kitchener, ON
11526844     CKBY-FM,   2001 Thurston,    Ottawa, ON
11526848    +COSI,   1751 Lake Cook Road,    Deerfield, IL 60015-5615
11526814   +++Californian,    North County Times,    207 E Pennsylvania,   Escondido, CA 92025-2808
11526815    +Carey R. Garrison,    2423 Hastings Ave.,    Evanston, IL 60201-1849
11526816    +Carolina Parenting,    2125 Southend Drive,    Charlotte, NC 28203-5301
11526817    +Castrol,   150 W. Warrenville Rd.,    Mail Code 605-3W,    Naperville, IL 60563-8473
11526818     Catherine M. Spalding,    10024 S. Damen Sve.,    Chicago, IL 60643
11526820    +Centro,   444 N. Wells St.,    Chicago, IL 60654-4501
11526826    +Chad Bobren,   11 Middlebury Ct.,    Streamwood, IL 60107-1919
11526828    +Charlotte Parent,    Carolina Parenting,   2125 Southend Dr.,    Charlotte, NC 28203-5301
11526829    +Charter Media,   P.O. Box 78876,    Milwaukee, WI 53278-0876
11526832    +Chicago Reader,   11 E. Illinois St.,    Chicago, IL 60611-3581
11526833    +Chicago Sun Times, Inc.,    P.O. Box 1003,    Tinley Park, IL 60477-9103
11526834   +++Chicago Tribune,    Tribune Company,    435 N Michigan Ave 3rd FL,    Chicago, IL 60611-4066
11526836    +Christine Logan,    3053 N. Clybourn,    Unit 2,   Chicago, IL 60618-8078
11526846    +Clarion-Plainsman,    PO Box 220,   Richland, IA 52585-0220
11527100   +++Clear Channel Broadcasting Inc,    dba WIBA FM WXXM FM & MAD FM,    Atty Vernon J Jesse,
              P O Box 2038,    Madison, WI 53701-2038
11526847    +Comcast Chicago,    8745 Higgins Rd., 4th Floor,    Chicago, IL 60631-2704
11635127    +Comcast Spotlight,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,
              Atlanta, GA 30326-1357
11526860    +DC Express,   1150 15th St.,    Washington, DC 20071-0001
11526863    +DG Fast Channel, Inc.,    250 First Avenue, Ste. 201,    Needham Heights, MA 02494-2837
11639105    +DIY,   c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11526850    +Daily Chronicle,    1586 Barber Greene Rd.,    Dekalb, IL 60115-7900
11526851    +Daily Gate City,    P.O. Box 430,   Keokuk, IA 52632-0430
11526852    +Daily Herald,    Paddock Publications,    P.O. Box 3204,   Arlington Heights, IL 60006-3204
11526853    +Daily Herald NNN,    12532 Collections Center Dr.,    Chicago, IL 60693-0125
11526854     Daily Southtown,    Midwest Suburban Publishing,    PO Box 757,   Tinley Park, IL 60477-0757
11526855    +Daniel Greenberger,    303 W. Erie, Ste. 400,    Chicago, IL 60654-3972
11526856    +Danielle Gray,    7605 S. Kingston,    Apt. 3A,   Chicago, IL 60649-4261
11526857    +Darien News Review,    Brooks Community Newspaper,    542 Westport Ave.,   Norwalk, CT 06851-4434
11526858    +Darlene Zuccarelli,    10913 Avenue E,    Chicago, IL 60617-6704
11526859    +David Deutsch,    628 W Harrison St.,    Unit 3,   Oak Park, IL 60304-1342
11526861    +Dean Rutter,    725 Judson,   Evanston, IL 60202-2505
11526862    +Delnor Community Health System,    300 Randall Road,    Geneva, IL 60134-4202
11526904   +++Dept of the Treasury - Internal Revenue Service,    Centralized Insolvency Operations,
              P O Box 21126,    Philadelphia, PA 19114-0326
11526864    +Donna Kirchman,    725 Judson,   Evanston, IL 60202-2505
11526865    +Dothan Eagle,    P.O. Box 1125,   Dothan, AL 36302-1125
11526866    +DuPont Current,    5185 MacArthur Blvd. NW,    Suite 102,   Washington, DC 20016-3349
11526869    +ESPN, Inc.,   13039 Collection Center Dr.,    Chicago, IL 60693-0130
11526870    +ESPN.com,   ESPN, Inc. - Advertising Sales,    13039 Collections Center Dr.,
              Chicago, IL 60693-0130
```

```
District/off: 0752-1          User: vwalker              Page 2 of 6            Date Rcvd: Dec 21, 2009
Case: 07-13953                Form ID: pdf006            Total Noticed: 359

11526867      +El Puente,   P.O. Box 553,   Goshen, IN 46527-0553
11526868       Elburn Herald,   123 n. Main St.,   Elburn, IL 60119-9166
11526879       FX,   File #55115,   Los Angeles, CA 90074-5115
11526871      +Fairway Outdoor Advertising,   P.O. Box 60125,   Charlotte, NC 28260-0125
11526872      +Falls Church News Press,   450 W. Broad St., Ste. 321,   Falls Church, VA 22046-3318
11526873      +FastChannel Network, Inc.,   PO Box 673378,   Detroit, MI 48267-3378
11526874      +Food Arts,   387 Park Avenue S., 8th Fl.,   New York, NY 10016-8872
11526875      +FoodArts.com,   Woodward Media,   3023 N. Clark, Ste. 729,   Chicago, IL 60657-5200
11526876       FoodNetwork.com,   75 Remittance Dr., Ste. 1257,   Chicago, IL 60675-1257
11526877      +FoodService Director,   200 w. Jackson Blvd., Ste. 270,   Chicago, IL 60606-6910
11640175      +Foodtv.com,   c/o Szabo Associates, Inc.,   3355 Lenox Road, Ste. 945,   Atlanta, GA 30326-1357
11526878      +Fox News Network Advertising,   5715 Collection Center Dr.,   Chicago, IL 60693-0057
11526880      +Gannett,   444 N. Michigan Ave., Ste. 200,   Chicago, IL 60611-3994
11526881      +Gasconade County Republican,   106 E. Washington Ave.,   Owensville, MO 65066-1316
11526882      +Gimbel Abrams & Singer,   10 S. Riverside Plaza,   Chicago, IL 60606-3713
11526884      +Greenhouse Communications,   303 W. Erie, Ste. 400,   Chicago, IL 60654-3972
11640174      +HGTV.com,   c/o Szabo Associates, Inc.,   3355 Lenox Road, Ste. 945,   Atlanta, GA 30326-1357
11526890       HGTV.com,   P.O. Box 640916,   Cincinnati, OH 45264-0916
11526896      +HR Magazine,   1800 Duke St.,   Alexandria, VA 22314-3494
11526885      +Hampton County Guardian,   200 Lee Avenue,   P.O. Box 625,   Hampton, SC 29924-0625
11526886      +Hardeeville Today,   2266 Boundary Street, Ste. 207,   Beaufort, SC 29902-3877
11526887      +Hartford Courant,   285 Broad St.,   Hartford, CT 06115-2510
11526889      +Health Insurance Underwriter,   2000 N. 14th St., Ste. 450,   Arlington, VA 22201-2573
11526891      +Highland Park News,   Newspaper National Network,   500 N. Michigan, #2210,
                Chicago, IL 60611-3776
11526892      +Hilton Head Monthly,   P.O. Box 5926,   Hilton Head Island, SC 29938-5926
11526894      +Home & Garden Television,   9721 Sherrill Blvd.,   Knoxville, TN 37932-3330
11640173      +Home & Gardent TV,   c/o Szabo Associates, Inc.,   3355 Lenox Road, Ste. 945,
                Atlanta, GA 30326-1357
11526895      +Honolulu Advertiser,   605 Kapiolani Blvd,   Honolulu, HI 96813-5195
11526897      +Huntersville Herald,   200 S. Old Statesville Rd.,   Huntersville, NC 28078-9700
11526898      +ICI - Macco Adhesives,   15885 West Sprague Rd,   Strongsville, OH 44136-1772
11526899       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
11526900      +Illinois Secretary of State,   Dept. of Business Service,   501 S. 2nd St.,
                Springfield, IL 62701-1730
11526902      +Insight Media/Peoria,   3116 N. Dries Ln., Ste. 100,   Peoria, IL 61604-1279
11526903       Interactive Market System,   PO Box 88991,   Chicago, IL 60695-1991
11526905      +Irish American News,   7115 W. North Ave. #327,   Oak Park, IL 60302-1002
11526906      +Jasper County Sun,   P.O. Box 1030,   Ridgeland, SC 29936-2618
11526907      +Jeffery W. Marden,   545 W. Stratford Place,   Chicago, IL 60657-2659
11526908      +Jennifer M. Kalchbrenner,   1828 N. Burling,   #2E,   Chicago, IL 60614-5194
11526909      +Jennifer P. Rhodes,   1645 W. School, #401,   Chicago, IL 60657-2155
11526910      +Jewish Chronicle,   1360 N. Prospect Ave.,   Milwaukee, WI 53202-3090
11526911      +Joanne Evans,   303 W. Erie St., Ste. 400,   Chicago, IL 60654-3972
11526912      +Joanne M. Evans,   217 N. Prospect,   Park Ridge, IL 60068-3571
11526913      +John E. Olson,   4354 N. Kenmore,   Chicago, IL 60613-1331
11526914      +John M. Greening Declaration of Tru,   John M. Greening, Trustee,   1747 Central,
                Wilmette, IL 60091-2405
11526915      +John Olson,   303 W. Erie, Ste. 400,   Chicago, IL 60654-3972
11526916      +Journal News,   c/o BYNC,   1751 W. 47th St.,   Chicago, IL 60609-3825
11526919       KARE TV,   8811 Olson Memorial Highway,   Andover, MN 55304
11632639      +KARE-TV,   c/o Szabo Associates, Inc.,   3355 Lenox Road, Ste. 945,   Atlanta, GA 30326-1357
11526920      +KATY FM,   27450 Ynez Rd., Ste. 316,   Temecula, CA 92591-4681
11526921      +KBLJ-AM,   P.O. Box 485,   La Junta, CO 81050-0485
11630371      +KCAU-TV,   c/o Szabo Associates, Inc.,   3355 Lenox Road, Ste. 945,   Atlanta, GA 30326-1357
11526922      +KCAU-TV,   625 Douglas,   Sioux City, IA 51101-1287
11526923      +KCRA TV,   3 Television Circle,   Sacramento, CA 95814-0750
11526924      +KDAF TV,   8001 John Carpenter Freeway,   Dallas, TX 75247-4718
11526925      +KEZK FM,   3100 Market St.,   Saint Louis, MO 63103-2528
11526926      +KFRG FM,   27710 Jefferson Ave., Ste. 305,   Temecula, CA 92590-2673
11526927      +KIHT FM,   800 St. Louis Union Station,   Saint Louis, MO 63103-2296
11709831      +KMOX AM,   c/o Szabo Associates, Inc.,   3355 Lenox Road, Ste. 945,   Atlanta GA 30326-1357
11526929       KMOX AM,   Bank One,   PO Box 73758,   Chicago, IL 60673-7758
11526930      +KMPS FM,   1000 Dexter Ave. N, Ste. 100,   Seattle, WA 98109-3577
11526931      +KMSP TV,   11358 Viking Dr.,   Eden Prairie, MN 55344-7258
11526932      +KOIN TV,   222 SW Columbia St.,   Portland, OR 97201-6600
11526933       KOOI FM,   PO Box 7820,   Tyler, TX 75711-7820
11526934      +KOVR TV,   2713 KOVR Dr.,   West Sacramento, CA 95605-1600
11526935      +KPLZ FM,   140 4th Ave. N, Ste. 340,   Seattle, WA 98109-4940
11526936      +KPRC TV,   8181 SW Freeway,   PO Box 200930,   Houston, TX 77216-0930
11526937      +KQMV FM,   3650 131st Ave. SE, Ste. 550,   Bellevue, WA 98006-1334
12032728      +KQMV FM (1887),   c/o Szabo Associates, Inc.,   3355 Lenox Road, Ste. 945,
                Atlanta GA 30326-1357
11526939      +KRUF FM,   PO Box 847545,   Dallas, TX 75284-7545
11526940      +KSAZ TV,   5709 Collection Center Dr.,   Chicago, IL 60693-0057
11526941       KSHE FM,   1193 Reliable Pkwy,   Chicago, IL 60686-0011
11526942      +KTHN FM,   PO Box 485,   La Junta, CO 81050-0485
11526943      +KTRZ FM,   PO Box 808,   Riverton, WY 82501-0116
11526944     +++KTVK TV,   c/o Heather M Forrest,   Jackson Walker LLP,   901 Main Street  Ste 6000,
                Dallas, TX 75202-3797
11526945      +KTVK, Inc.,   c/o Thomas N. Swift II, PC,   2345 S. Alma School Rd., Ste. 104,
                Mesa, AZ 85210-4013
11526946      +KWOR AM,   1340 Radio Dr.,   Worland, WY 82401-8700
11526947      +KWYW  FM,   PO Box 808,   Riverton, WY 82501-0116
```

```
District/off: 0752-1           User: vwalker              Page 3 of 6               Date Rcvd: Dec 21, 2009
Case: 07-13953                 Form ID: pdf006            Total Noticed: 359

11526949      KYKY FM,    25003 Network Place,    Chicago, IL 60673-1250
11526928     +Kimberly Crisanti,    16840 Susan Ln.,    Orland Park, IL 60467-8732
11526938     +Kristen M. Held,    1421 W. Superior,    Chicago, IL 60642-5269
11526952     +LaRaza,    PrensAmerica Corp,    500 N. Michigan,    Chicago, IL 60611-3777
11526950     +Lakeshore Weekly,    1001 Twelve Oaks Center Dr.,    Wayzata, MN 55391-4301
11526951    +++Lamar Advertising Company,    Attn Credit Department,    P O Box 66338,
               Baton Rouge, LA 70896-6338
11526953     +Liberty Suburban Chicago,    1101 W. 31st St.,    Downers Grove, IL 60515-5515
11526954     +Low Country Monthly,    52 New Orleans Rd.,    3rd Floor,    Hilton Head Island, SC 29928-4722
11526960     +MCC Outdoor, LLC,    c/o Isaacson Isaacson, et al,    PO Box 1888,    Greensboro, NC 27402-1888
11526955     +Mailnet Services Direct Mail,    800 Crescent Centre Drive,    Suite 450,    Franklin, TN 37067-6405
11526956      Marion Chronicle Tribune,    610 S. Adams St.,    Delphi, IN 46923
11526957     +Maritza I. Valle,    2842 N. Campbell Ave.,    Chicago, IL 60618-7902
11526888    +++Marketing Com-Munications,    of NC LLC dba Vitality Comm,    P.O. Box 18427,
               Greensboro, NC 27419-8427
11526958     +Marquette Bank,    10000 W. 151st,    Orland Park, IL 60462-3140
11526959     +Mary Krueger,    5406 N. Lakewood Ave.,    Chicago, IL 60640-1303
11526961     +Mediamark Research, Inc.,    75 9th Ave., 5th Fl.,    Attn: Accounts Receivable,
               New York, NY 10011-7076
11526962     +Melissa Mathey,    2766 Bristol Dr.,    Apt. 304,    Lisle, IL 60532-4257
12045832     +Meredith Corporation,    1716 Locust St,    %Jacquelyn Johnson,    Des Moines, IA 50309-3038
11526963     +Metro Philadelphia,    30 S. 15th St., 9th Floor,    Philadelphia, PA 19102-4803
11526966      Monthly Insider,    PO Box 51,    Murrieta, CA 92564-0051
11526967     +Morristown Record,    800 Jefferson Rd.,    Parsippany, NJ 07054-3754
11526968     +N. IL Real Estate Magazine,    1244 State St., Ste. 351,    Lemont, IL 60439-4489
11526974     +NNN Barrington Courier Review,    12532 Collections Center Dr.,    Chicago, IL 60693-0125
11526969     +National Cinemedia,    9110 E. Nichols Ave.,    Englewood, CO 80112-3450
11526970     +National Pork Board,    1776 NW 114th St.,    Clive, IA 50325-7000
11526971      Nations Restaurant News,    Lebhar-Friedman,    PO Box 533093,    Atlanta, GA 30353-3093
11526973     +Neighbors Newspaper,    31566 Railroad Canyon Road,    Sun City, CA 92587-9446
11630278     +Newspaper National Network LP,    20 West 33rd St 7th FL,    New York, NY 10001-3305
11526975     +Northern California Collection Serv,    c/o Steven D. Cribb,    700 Leisure Lane,
               Sacramento, CA 95815-4299
11526979      OXYGEN MEDIA,    PO Box 1652,    New York, NY 10008-1652
11526977     +Orange Leader,    3501 Turtle Creek Drive,    Port Arthur, TX 77642-8053
11526978      Outdoor Service,    75 Remittance Drive,    LB 3047,    Chicago, IL 60675-3047
11526981      PIC,    PO Box 100544,    ATTN: Marcia Newton,    Atlanta, GA 30384-0544
11526980     +Pactiv,    1900 W. Field Court,    Lake Forest, IL 60045-4828
11526982     +Piedmont Parent,    Carolina Parenting, Inc.,    2125 Southend Dr.,    Charlotte, NC 28203-5301
11526983     +Pink Magazine,    PO Box 22521,    Hilton Head Island, SC 29925-2521
11526984     +Pizza Today,    MacFadden Protech, LLC,    333 7th Ave.,    New York, NY 10001-5004
11526985     +Plate,    1415 N. Dayton St.,    Chicago, IL 60642-2643
11526986     +Press & Standard,    228 Washington St.,    Walterboro, SC 29488-3918
11526987    +++Progressive Grocer,    Nielsen Business Media, Inc.,    PO box 88915,    Chicago, IL 60695-1915
11526988     +Regent Broadcasting of Peoria,    c/o Dorian B. LaSaine,    456 Fulton St., Ste. 210,
               Peoria, IL 61602-1220
11526989     +Restaurants & Institutions,    Cahners Business Publications,    2000 Clearwater Dr.,
               Oak Brook, IL 60523-8809
11526990     +Rich Products Corporation,    One Robert Rich Way,    Buffalo, NY 14213-1701
11526991     +Riverside Palaver,    122 S. Main St.,    Fairmount, IN 46928-1923
11526992     +Robert Burklow,    303 W. Erie, Ste. 400,    Chicago, IL 60654-3972
11526993     +Rockford Register Star,    PO Box 439,    Rockford, IL 61105-0439
11526994     +Rodale,    33 E. Minor St.,    Emmaus, PA 18098-0099
11526995     +Rolla Daily News,    PO Box 808,    101 W. 7th,    Rolla, MO 65401-3243
11526996     +Ross Currie,    c/o Kantor & Apter, Ltd.,    650 Dundee Rd., Ste. 160,    Northbrook, IL 60062-2753
11526997     +Ross S. Currie,    3004 Monterey Lane,    Wadsworth, IL 60083-8924
11526998     +Ruchi Chaudhari,    3531 Timber Creek Lane,    Naperville, IL 60565-3572
11527007     +SI.com,    303 E. Ohio, Ste. 2300,    Chicago, IL 60611-3373
11527014      SRDS,    PO Box 88988,    Chicago, IL 60695-1988
11527024      STYLE,    PO Box 60229,    Los Angeles, CA 90060-0229
11526999     +Sandersville Progress,    PO Box 431,    Sandersville, GA 31082-0431
11527001     +Sandra M. House,    303 W. Erie, Ste. 400,    Chicago, IL 60654-3972
11527000     +Sandra M. House,    456D E. North Water St.,    Chicago, IL 60611-5510
11526893    +++Savannah Morning News,    dba Hilton Head Today,    P O Box 1088,    Savannah, GA 31402-1088
11527002      Schmidt Printing, Inc.,    SDS 12-0832,    PO Box 86,    Minneapolis, MN 55486-0832
11527003     +School Foodservice and Nutrition,    700 S. Washington St.,    Alexandria, VA 22314-4252
11799565     +Scripps Network LLC d/b/a HGTV and Home and Garden,     c/o Michael M. Schmahl,    McGuireWoods LLP,
               77 W. Wacker Drive, Suite 4100,    Chicago, IL 60601-1818
11799534     +Scripps Network, LLC d/b/a HGTV and Home and Garde,     c/o Michael M. Schmahl,    McGuireWoods LLP,
               77 W. Wacker Drive, Suite 4100,    Chicago, IL 60601-1818
11527006     +Seattle Weekly,    1008 Western Ave. #300,    Seattle, WA 98104-1006
11527008     +Skirt Magazine,    1700 Camden Rd., Ste. 101,    Charlotte, NC 28203-5295
11527009     +Society for Human Res. Mgt.,    1800 Duke St.,    Alexandria, VA 22314-3494
11780714      Sony Pictures Television Inc,    Kathleen Hallinan Esq,    Sony Pictures Entertainment Inc,
               10202 W Washington Blvd Ste 5702,    Culver City, CA 90232-3195
11527010      Sony Syndication,    21872 Network Place,    Chicago, IL 60673-1218
11527011     +South Elgin Parks & Recreation,    10 N. Water St.,    South Elgin, IL 60177-1602
11527012     +Southeast Missourian,    PO Box 699,    301 Broadway,    Cape Girardeau, MO 63701-7330
11527013     +Sports Illustrated,    303 E. Ohio, #2300,    Chicago, IL 60611-3373
11527015     +St. Charles Park District B,    101 S. Second St.,    Saint Charles, IL 60174-2891
11527016     +St. Francis Hospital & Health Cente,    12935 S Gregory St.,    Blue Island, IL 60406-2470
11527017      St. Louis Post Dispatch,    900 N. Tucker Blvd.,    Saint Louis, MO 63101-1099
11527018     +Standard Newspaper Chicago,    South Suburban,    615 S. Halsted,    Chicago Heights, IL 60411-1803
11527020     +Stefanie Janec,    1332 Gloucester Circle,    Carol Stream, IL 60188-6024
```

```
District/off: 0752-1          User: vwalker               Page 4 of 6           Date Rcvd: Dec 21, 2009
Case: 07-13953                Form ID: pdf006             Total Noticed: 359

11527021      +Stefanie Skinner,    1416 N. Cleveland,    Unit 1,    Chicago, IL 60610-1108
11527022      +Stephanie Harris,    512 W. Deming Place,    #1E,    Chicago, IL 60614-5936
11527023      +Strata Marketing, Inc.,    30 W. Monroe St., #1900,    Chicago, IL 60603-2408
11527025      +SunSations,   Sun City Advertising,    114 Sun City Lane,    Okatie, SC 29909-7514
11527026      +Susan Annunzio,    440 W. Superior,    Chicago, IL 60654-3497
11635115      +TBS Superstation,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,
                Atlanta, GA 30326-1357
11527028      +TECHnacity,    141 W. Jackson, #850,    Chicago, IL 60604-4508
11527029      +TECHnacity,   Attn: Steve Josephs,    141 W. Jackson, Ste. 1520,    Chicago, IL 60604-3161
11527044     ++++THE DAILY JOURNAL,    1513 ST JOE DR,    PO BOX 9,   PARK HILLS MO 63601-0009
              (address filed with court: The Daily Journal,     1513 St. Joe Dr.,    PO Box A,
                Park Hills, MO 63601)
11527065      +TNS Media Intelligence,    100 Park Avenue, 4th Floor,    New York, NY 10017-5576
11527030       Television Food Network,    75 Remittance Dr., Ste. 1257,    Chicago, IL 60675-1257
11640207      +Television Food Network,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,
                Atlanta, GA 30326-1357
11799538      +Television Food Network, G.P. d/b/a Food Network,     c/o Michael M. Schmahl,    McGuireWoods LLP,
                77 W. Wacker Drive, Suite 4100,    Chicago, IL 60601-1818
11527031      +The Advertiser - Riverton,    608 E. Pershing,    Riverton, WY 82501-3606
11527033      +The Badger Herald,    326 W. Gorham St.,    Madison, WI 53703-2017
11527034      +The Banner,   Collier County Publishing,     P.O. Box 7009,    Naples, FL 34101-7009
11527035      +The Beverly Review,    TR Communications, Inc.,    10546 S. Western Ave.,    Chicago, IL 60643-2528
12174400      +The Biography Channel (9023),    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,
                Atlanta, GA 30326-1357
11527036      +The Bluffton City Sun,    P.O. Box 2056,    Bluffton, SC 29910-2056
11527037      +The Business Development Company,     10 W. Schaumburg Road,    Schaumburg, IL 60194-3502
11527038       The Charlotte Observer,    P.O. Box 32188,    Charlotte, NC 28232-2188
11527040       The Charlotte Observer,    University City Magazine,    PO Box 32188,    Charlotte, NC 28232-2188
11527039      +The Charlotte Observer,    Lake Norman Magazine,    PO Box 70111,    Charlotte, NC 28272-0111
11527041      +The Charlotte Post,    P.O. Box 30144,    Charlotte, NC 28230-0144
11527042      +The Chronicle,    10 N. Washington,    PO Box 450,    Valparaiso, IN 46384-0450
11527043      +The Cradle,    2049 Ridge Ave.,    Evanston, IL 60201-2794
11527046      +The Hometown Directory,    P.O. Box 448,    Warrenton, GA 30828-0448
11527047       The Island Packet,    PO Box 2291,    Raleigh, NC 27602-2291
11527048      +The Lander Journal,    PO Box 10,    Lander, WY 82520-0010
11527049      +The List,    1440 Dutch Valley Place,    Ste. 1000,    Atlanta, GA 30324-5389
11527050      +The McDuffle Progress,    101 Church St.,    Thomson, GA 30824-2613
11527051       The Missourian,    14 W. Main St.,    PO Box 336,    Washington, MO 63090-0336
11527052      +The Observer and Eccentric,    Newspaper National Network,    500 N. Michigan, #2210,
                Chicago, IL 60611-3776
11527053      +The Reston Connection,    Newspaper National Network,    500 N. Michigan, #2210,
                Chicago, IL 60611-3776
11527054      +The Riverton Ranger,    PO Box 993,    Riverton, WY 82501-0118
11527055      +The State News,    435 E. Grand River Ave.,    East Lansing, MI 48823-4456
11527056      +The Telegraph,    111 E. Broadway,    Alton, IL 62002-6273
11527057       The Triangle-Drexel University,    3141 Chestnut St.,    3010 MacAlister Hall,
                Philadelphia, PA 19104
11527058       The Village Voice,    PO Box 5645,    New York, NY 10087-5645
11527059       The Villanovan,    201 Dougherty hall,    Villanova University,    Villanova, PA 19085
11527060       The Weather Channel,    PO Box 101535,    Atlanta, GA 30392-1535
11527061      +This Week at the Landings,    PO Box 15005,    Savannah, GA 31416-1705
11527062      +Thomas Hanson,    303 W. Erie St., Ste. 400,    Chicago, IL 60654-3972
11636947      +Time Warner Cable,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,
                Atlanta, GA 30326-1357
11527063      +Time Warner Cable - Charlotte,     316 E. Morehead St.,    Charlotte, NC 28202-2313
11527064       Time Warner Company,    PO Box 532448,    Atlanta, GA 30353-2448
11527066      +Today’s Charlotte Woman,    5200 Park Rd., Ste. 111,    Charlotte, NC 28209-3669
11527067      +Trading Partners Collaboration,    51 Cragwood Rd., #201,    South Plainfield, NJ 07080-2405
11527068      +Trista L. Pennington,    16459 Ivy Lane,    Plainfield, IL 60586-9077
11527070     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,     PO Box 790408,    Saint Louis, MO 63179)
11527071     +++Vertis Inc,    250 W Pratt St,    Baltimore, MD 21201-2423
11527072       Video Monitoring Services,    PO Box 34618,    Newark, NJ 07189-4618
11527073      +Violeta Capeles,    4329 N. Winchester,    Chicago, IL 60613-1015
11527074      +Vision Integrated Graphics,    6917 Eagle Way,    Chicago, IL 60678-0001
11527075      +Voice of the Hill,    5185 MacArthur Blvd NW,    Suite 102,    Washington, DC 20016-3349
11527076      +WAEV FM,    245 Alfred St.,    Savannah, GA 31408-3205
11527078      +WATE TV,    1306 Broadway NE,    Knoxville, TN 37917-6599
11527080      +WAXN TV,    1901 N Tryon St.,    Charlotte, NC 28206-2733
11630368      +WAXN-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11630358     +++WBBH-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527081     +++WBBM TV,    630 N McClurg Court,    Chicago, IL 60611
11527082      +WBEZ FM,    848 E. Grand Ave.,    Navy Pier,    Chicago, IL 60611-3509
11527083      +WBTV-TV,    PO Box 65696,    Charlotte, NC 28265-0696
11527084      +WCCB TV,    1 Television Place,    Charlotte, NC 28205-7098
11527085     +++WCNC-TV Inc,    c/o Heather M Forrest,    Jackson Walker LLP,    901 Main Street  Ste 6000,
                Dallas, TX 75202-3797
11527088      +WEEK TV,    2907 Springfield Rd.,    East Peoria, IL 61611-4802
11527091      +WFAE FM,    8801 JM Keynes Drive, Ste. 91,    Charlotte, NC 28262-8485
11527092      +WFLD TV,    205 N. Michigan Ave.,    Chicago, IL 60601-5927
11527093      +WFMT FM,    5400 N. St. Louis,    Chicago, IL 60625-4623
11527094      +WFMY FM,    1615 Phillips Ave.,    Greensboro, NC 27405-5127
11630380      +WFTX-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527096     +++WGCI FM,    233 N Michigan Ave #2800,    Chicago, IL 60601-5704
```

```
District/off: 0752-1          User: vwalker              Page 5 of 6               Date Rcvd: Dec 21, 2009
Case: 07-13953                Form ID: pdf006            Total Noticed: 359

11527097     +WGN AM,    PO Box 98519,    Chicago, IL 60693-0001
11527103     +WJBK TV,    16550 W .9 Mile,    Southfield, MI 48075-4720
11654432     +WJBK-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527104     +WJZY TV,    PO Box 60953,    Charlotte, NC 28260-0953
11527105     +WKKT FM,    801 Wood Ridge Center Dr.,    Charlotte, NC 28217-1908
11527106     +WKQC FM,    4015 Stuart Andrew Blvd.,    Charlotte, NC 28217-1536
11527107     +WKTI FM,    720 E. Capitol Dr.,    Milwaukee, WI 53212-1308
11527108      WKZL FM,    192 E. St. Louis St.,    Greensboro, NC 27409
11527109     +WLNK FM,    One Julian Price Pl.,    Charlotte, NC 28208-5211
11527110     +WMAD FM,    2651 S. Fish Hatchery Rd.,    Madison, WI 53711-5410
11527111     +WMAG FM,    2-B PAI Park,    Greensboro, NC 27409-9428
11635121     +WMAG-FM/WTQR-FM,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,
               Atlanta, GA 30326-1357
11527112     +WMBD TV,    3131 N. University,    Peoria, IL 61604-1386
11527113     +WMYT TV,    PO Box 60953,    Charlotte, NC 28260-0953
11527114      WNKS FM,    PO Box 905664,    Charlotte, NC 28290-5664
11527115     +WNMX FM,    5732 N. Tryon St.,    Charlotte, NC 28213-6802
11669760     +WPEC-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527118     +WPWR TV,    205 N. Michigan Ave.,    Chicago, IL 60601-5927
11527119     +WQMG FM,    7819 National Service Rd.,    Greensboro, NC 27409-9401
11635107     +WQMG/WPAW/WSMW Radio,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,
               Atlanta, GA 30326-1357
11527120     +WRC TV,    4001 Nebraska Ave., NW,    Washington, DC 20016-2795
11527121     +WSOC FM,    1520 South Blvd., Ste. 300,    Charlotte, NC 28203-3701
11527122     +WSOC TV,    PO Box 32849,    Charlotte, NC 28232-2849
11630373     +WSOC-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527123     +WTHO FM,    788 Cedar Rock Rd. NW,    Thomson, GA 30824-7642
11527124     +WTKS AM,    245 Alfred St.,    Savannah, GA 31408-3205
11527126     +WTQR FM,    2-Pai Park,    Greensboro, NC 27409-9428
11527127     +WTTG TV,    5151 Wisconsin Ave. NW,    Washington, DC 20016-4124
11630382     +WTTG-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527128     +WTVJ TV,    15000 SW 27th St.,    Hollywood, FL 33027-4147
11527129     +WTVT TV,    3213 Kennedy Blvd.,    Tampa, FL 33609-3092
11632602     +WTVT-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527130     +WTWA AM,    788 Cedar Rock Rd. NW,    Thomson, GA 30824-7642
11527131     +WTXF TV,    330 Market St.,    Philadelphia, PA 19106-2796
11632627     +WTXF-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527132     +WWWB TV,    PO Box 60953,    Charlotte, NC 28260-0953
11527133     +WXII TV,    700 Coliseum Dr.,    Winston Salem, NC 27106-5356
11639066     +WXII-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527134     +WXXM FM,    2651 S. Fish Hatchery Rd.,    Madison, WI 53711-5410
11527136     +WYZZ TV,    3131 N. University,    Peoria, IL 61604-1316
11630364     +WZVN-TV,    c/o Szabo Associates, Inc.,    3355 Lenox Road, Ste. 945,    Atlanta, GA 30326-1357
11527137     +WZZN TV,    190 N. State,    Chicago, IL 60601-3302
11527077     +Washington Square News,    7 E. 12th St.Ste. 800,    New York, NY 10003-4475
11527079      Watertown Daily Times,    PO Box 140,    West Bend, WI 53095
11527087     +WebMD,    12186 Collections Center Dr.,    Chicago, IL 60693-0121
11527086     +Weber Stephen Products,    200 E. Daniels Rd.,    Palatine, IL 60067-6266
11527089     +Weiss Memorial Hospital,    4646 N, Marine Dr., Ste. 1,    Chicago, IL 60640-5759
11527090     +West Suburban Living Magazine,    775 Church Rd.,    PO Box 111,    Elmhurst, IL 60126-0111
11527101     +Winston Salem Journal,    418 N. Marshall St.,    Winston Salem, NC 27101-2815
11527116     +Woodinville Weekly,    PO Box 587,    Woodinville, WA 98072-0587
11527117     +Workforce Management,    Crain Communications, Inc.,    1155 Gratiot Ave.,    Detroit, MI 48207-2732
11527138      Yahoo! Inc.,    PO box 3003,    Carol Stream, IL 60132-3003
11527139     +Yoga Journal,    475 Sansome St., Ste. 850,    San Francisco, CA 94111-3135
11527140     +Yogi Times,    3384 Robertson Place,    Los Angeles, CA 90034-3337
11527141     +Yogi Times Business,    3384 Robertson Place,    Los Angeles, CA 90034-3337
11526791     +amNY,    330 W. 34th St.,    17th Floor,    New York, NY 10001-2406
11526901     +iMakeNews Inc.,    200 Fifth Ave.,    Waltham, MA 02451-8779
The following entities were noticed by electronic transmission on Dec 21, 2009.
11526937     +E-mail/Text: chrish@sanduskyseattle.com                              KQMV FM,
               3650 131st Ave. SE, Ste. 550,    Bellevue, WA 98006-1334
11573156     +E-mail/Text: creditnyc@lf.com                                        Lebhar-Friedman Inc,    425 Park Avenue,
               New York, NY 10022-3549
11527095     +E-mail/Text: karen.tuech@wftv.com                                    WFTV TV,    490 E. South St.,
               Orlando, FL 32801-2816
                                                                                                 TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11526799      Beacon News
11526806      Biography Channel
11526821      CFHK-FM
11526823      CFPL-AM
11526824      CFPL-FM
11526825      CFQR-FM
11526830      CHEZ-FM
11526831      CHFI-FM
11526838      CILQ-FM
11526839      CING-FM
11526840      CINW-AM
11526841      CISS-FM
11526842      CJDV-FM
11526845      CKDK-FM
```

```
District/off: 0752-1          User: vwalker              Page 6 of 6                Date Rcvd: Dec 21, 2009
Case: 07-13953                Form ID: pdf006            Total Noticed: 359

                ***** BYPASSED RECIPIENTS (continued) *****
 11526827         Chain Leader
 11526835         Chowan Herald
 11526849         CourierNews
 11526883         Great Neck Record
 11526948         KXKS FM
 11526918         Kane County Chronicle
 11526964         Miami Herald
 11526965         Minneapolis Star Tribune
 11526976         Northwest Herald
 11527004         Score WSCR
 11527005         Scripps Network, Inc.
 11527019         Star Newspaper
 11527027         Sycamore Journal
 11527069         TVL TV
 11527032         The Ann Arbor News
 11527045         The Des Moines Register
 11527098         WGZR FM
 11527099         WHAJ FM
 11527125         WTMJ AM
 11527135         WYKZ FM
 11527102         Wisconsin State Journal
 11526917*       +Journal News,    c/o BYNC,    1751 W. 47th St.,    Chicago, IL 60609-3825
                                                                                         TOTALS: 35, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2009**                            **Signature:**      *Joseph Speetjens*