UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-13953-CAD |
| | § | |
| Media Mix Net, Inc. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,046,922.63 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $11,398.56 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $10,329.20 | | |

3) Total gross receipts of $21,727.76 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $21,727.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $14,525.95 | $10,329.20 | $10,329.20 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $37,740.69 | $37,740.69 | $11,398.56 |
| General Unsecured Claims (from **Exhibit 7**) | $2,768,842.94 | $1,817,054.72 | $1,605,504.15 | $0.00 |
| **Total Disbursements** | $2,768,842.94 | $1,869,321.36 | $1,653,574.04 | $21,727.76 |

4). This case was originally filed under chapter 7 on 07/13/2007. The case was pending for 38 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2010     By:    /s/ David P. Leibowitz
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE (Inter Public Group) | 1121-000 | $7,137.90 |
| ACCOUNTS RECEIVABLE UW Health | 1121-000 | $3,400.00 |
| Patent Pending (media planning and buying system | 1129-000 | $7,500.00 |
| ACCOUNTS RECEIVABLE-Dothan Eagle | 1221-000 | $1,618.50 |
| IL Sales Tax Refund | 1224-000 | $1,446.00 |
| Interest Earned | 1270-000 | $54.51 |
| Refunds from Vendors not scheduled | 1280-000 | $570.85 |
| **TOTAL GROSS RECEIPTS** | | **$21,727.76** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $2,778.05 | $2,778.05 | $2,778.05 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $178.73 | $178.73 | $178.73 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $47.70 | $47.70 | $47.70 |
| ADP | 2690-730 | NA | $116.25 | $116.25 | $116.25 |
| Financial Agent | 2810-000 | NA | $999.00 | $999.00 | $999.00 |
| irs | 2810-000 | NA | $1.45 | $1.45 | $1.45 |
| Illinois Department of Revenue | 2820-000 | NA | $541.00 | $541.00 | $541.00 |
| Merrill Lynch- Third Party Services | 2990-000 | NA | $85.00 | $85.00 | $85.00 |
| LEIBOWITZ LAW CENTER, Attorney for Trustee | 3120-000 | NA | $109.27 | $59.27 | $59.27 |
| LEIBOWITZ LAW CENTER, Attorney for Trustee | 3210-000 | NA | $8,293.50 | $4,146.75 | $4,146.75 |
| Lois West, Accountant for | 3310-000 | NA | $1,376.00 | $1,376.00 | $1,376.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| Trustee | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $14,525.95 | $10,329.20 | $10,329.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dept of the Treasury - Internal Revenue Service | 5800-000 | NA | $37,740.69 | $37,740.69 | $11,398.56 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $37,740.69 | $37,740.69 | $11,398.56 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Adams Outdoor Advertising | 7100-000 | NA | $1,812.25 | $1,812.25 | $0.00 |
| Advertising Checking Bureau | 7100-000 | NA | $4,656.10 | $4,656.10 | $0.00 |
| American Media Inc | 7100-000 | NA | $10,000.00 | $10,000.00 | $0.00 |
| Belleville News-Democrat | 7100-000 | NA | $8,666.91 | $8,666.91 | $0.00 |
| Benefits Selling Magazine | 7100-000 | NA | $5,202.00 | $5,202.00 | $0.00 |
| Bluffton Breeze | 7100-000 | NA | $2,000.00 | $2,000.00 | $0.00 |
| Californian | 7100-000 | NA | $1,638.32 | $1,638.32 | $0.00 |
| Centro | 7100-000 | NA | $2,685.77 | $2,685.77 | $0.00 |
| Chicago Reader | 7100-000 | NA | $2,167.35 | $2,167.35 | $0.00 |
| Chicago Tribune | 7100-000 | NA | $13,636.50 | $13,636.50 | $0.00 |
| Clear Channel Broadcasting Inc | 7100-000 | NA | $7,439.90 | $7,439.90 | $0.00 |
| Comcast Spotlight | 7100-000 | NA | $4,624.00 | $4,624.00 | $0.00 |
| David Deutsch | 7100-000 | NA | $10,000.00 | $10,000.00 | $0.00 |
| Dept of the Treasury - Internal Revenue Service | 7100-000 | NA | $10,000.00 | $10,000.00 | $0.00 |
| DIY | 7100-000 | NA | $2,500.00 | $2,500.00 | $0.00 |
| Elburn Herald | 7100-000 | NA | $2,117.42 | $2,117.42 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Food Arts | 7100-000 | NA | $13,771.25 | $13,771.25 | $0.00 |
| Foodtv.com | 7100-000 | NA | $69,999.99 | $69,999.99 | $0.00 |
| Gasconade County Republican | 7100-000 | NA | $2,254.80 | $2,254.80 | $0.00 |
| Health Insurance Underwriter | 7100-000 | NA | $2,932.50 | $2,932.50 | $0.00 |
| HGTV.com | 7100-000 | NA | $2,500.00 | $2,500.00 | $0.00 |
| HGTV.com | 7100-000 | NA | $11,560.31 | $11,560.31 | $0.00 |
| Home & Gardent TV | 7100-000 | NA | $23,693.74 | $23,693.74 | $0.00 |
| iMakeNews Inc. | 7100-000 | NA | $3,000.00 | $3,000.00 | $0.00 |
| Interactive Market System | 7100-000 | NA | $9,045.40 | $9,045.40 | $0.00 |
| KARE-TV | 7100-000 | NA | $9,286.25 | $9,286.25 | $0.00 |
| KCAU-TV | 7100-000 | NA | $1,080.35 | $1,080.35 | $0.00 |
| KDAF TV | 7100-000 | NA | $5,400.00 | $5,400.00 | $0.00 |
| KIHT FM | 7100-000 | NA | $930.75 | $930.75 | $0.00 |
| KMOX AM | 7100-000 | NA | $2,477.75 | $2,477.75 | $0.00 |
| KMPS FM | 7100-000 | NA | $3,400.00 | $3,400.00 | $0.00 |
| KMSP TV | 7100-000 | NA | $7,841.25 | $7,841.25 | $0.00 |
| KPLZ FM | 7100-000 | NA | $16,439.00 | $16,439.00 | $0.00 |
| KPRC TV | 7100-000 | NA | $7,862.50 | $7,862.50 | $0.00 |
| KSHE FM | 7100-000 | NA | $2,188.75 | $2,188.75 | $0.00 |
| KTVK, Inc. | 7100-000 | NA | $12,155.00 | $12,155.00 | $0.00 |
| Lamar Advertising Company | 7100-000 | NA | $5,974.52 | $0.00 | $0.00 |
| Lamar Advertising Company | 7100-000 | NA | $5,974.52 | $0.00 | $0.00 |
| Lebhar-Friedman Inc | 7100-000 | NA | $30,883.34 | $30,883.34 | $0.00 |
| Mailnet Services Direct Mail | 7100-000 | NA | $142,753.37 | $142,753.37 | $0.00 |
| Marketing Com-Munications | 7100-000 | NA | $4,950.40 | $4,950.40 | $0.00 |
| MCC Outdoor, LLC | 7100-000 | NA | $19,650.97 | $19,650.97 | $0.00 |
| Monthly Insider | 7100-000 | NA | $1,100.00 | $1,100.00 | $0.00 |
| Newspaper National Network LP | 7100-000 | NA | $13,116.89 | $13,116.89 | $0.00 |
| Outdoor Service | 7100-000 | NA | $4,323.63 | $4,323.63 | $0.00 |
| Plate | 7100-000 | NA | $17,391.00 | $17,391.00 | $0.00 |
| Progressive Grocer | 7100-000 | NA | $15,000.00 | $15,000.00 | $0.00 |
| Savannah Morning News | 7100-000 | NA | $6,234.52 | $6,234.52 | $0.00 |
| Scheduled Claims - | 7100-000 | $2,768,842.94 | NA | NA | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Schedule F | | | | | |
| Schmidt Printing, Inc. | 7100-000 | NA | $21,230.11 | $21,230.11 | $0.00 |
| Scripps Network LLC d/b/a HGTV and Home and Garden | 7100-000 | NA | $40,254.05 | $40,254.05 | $0.00 |
| Sony Pictures Television Inc | 7100-000 | NA | $58,097.70 | $58,097.70 | $0.00 |
| Southeast Missourian | 7100-000 | NA | $10,381.16 | $10,381.16 | $0.00 |
| SRDS | 7100-000 | NA | $5,518.23 | $5,518.23 | $0.00 |
| St. Charles Park District B | 7100-000 | NA | $4,252.50 | $4,252.50 | $0.00 |
| Strata Marketing, Inc. | 7100-000 | NA | $3,195.65 | $3,195.65 | $0.00 |
| TBS Superstation | 7100-000 | NA | $43,617.05 | $43,617.05 | $0.00 |
| Television Food Network | 7100-000 | NA | $37,311.16 | $0.00 | $0.00 |
| Television Food Network | 7100-000 | NA | $16,571.16 | $16,571.16 | $0.00 |
| Television Food Network, G.P. d/b/a Food Network | 7100-000 | NA | $86,571.15 | $86,571.15 | $0.00 |
| The Badger Herald | 7100-000 | NA | $1,276.46 | $1,276.46 | $0.00 |
| The Beverly Review | 7100-000 | NA | $1,312.40 | $1,312.40 | $0.00 |
| The Bluffton City Sun | 7100-000 | NA | $1,347.40 | $1,347.40 | $0.00 |
| Time Warner Cable | 7100-000 | NA | $235,352.21 | $235,352.21 | $0.00 |
| WAXN-TV | 7100-000 | NA | $18,075.25 | $18,075.25 | $0.00 |
| WBBH-TV | 7100-000 | NA | $22,542.00 | $22,542.00 | $0.00 |
| WBBM TV | 7100-000 | NA | $13,591.50 | $13,591.50 | $0.00 |
| WBTV-TV | 7100-000 | NA | $86,253.75 | $86,253.75 | $0.00 |
| WCCB TV | 7100-000 | NA | $2,057.00 | $2,057.00 | $0.00 |
| WCNC-TV Inc | 7100-000 | NA | $17,000.00 | $17,000.00 | $0.00 |
| WFMT FM | 7100-000 | NA | $2,884.84 | $2,884.84 | $0.00 |
| WFTV TV | 7100-000 | NA | $3,612.50 | $3,612.50 | $0.00 |
| WFTX-TV | 7100-000 | NA | $42,746.50 | $42,746.50 | $0.00 |
| WGCI FM | 7100-000 | NA | $9,299.00 | $9,299.00 | $0.00 |
| WJBK-TV | 7100-000 | NA | $11,135.00 | $11,135.00 | $0.00 |
| WMAG-FM/WTQR-FM | 7100-000 | NA | $31,284.25 | $31,284.25 | $0.00 |
| Woodinville Weekly | 7100-000 | NA | $2,559.60 | $2,559.60 | $0.00 |
| WPEC-TV | 7100-000 | NA | $12,223.00 | $12,223.00 | $0.00 |
| WQMG/WPAW/WSMW Radio | 7100-000 | NA | $29,898.75 | $29,898.75 | $0.00 |
| WSOC-TV | 7100-000 | NA | $131,800.00 | $131,800.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| WTTG-TV | 7100-000 | NA | $21,972.50 | $21,972.50 | $0.00 |
| WTVT-TV | 7100-000 | NA | $14,020.00 | $14,020.00 | $0.00 |
| WTXF-TV | 7100-000 | NA | $19,220.00 | $19,220.00 | $0.00 |
| WXII-TV | 7100-000 | NA | $4,488.00 | $4,488.00 | $0.00 |
| WZVN-TV | 7100-000 | NA | $27,493.25 | $27,493.25 | $0.00 |
| CBS Outdoor Inc | 7200-000 | NA | $6,216.00 | $0.00 | $0.00 |
| Charlotte Parent | 7200-000 | NA | $5,182.00 | $0.00 | $0.00 |
| Chicago Sun Times, Inc. | 7200-000 | NA | $24,787.62 | $0.00 | $0.00 |
| KQMV FM (1887) | 7200-000 | NA | $5,074.50 | $0.00 | $0.00 |
| Meredith Corporation | 7200-000 | NA | $58,356.00 | $0.00 | $0.00 |
| Piedmont Parent | 7200-000 | NA | $1,035.00 | $0.00 | $0.00 |
| Ross Currie | 7200-000 | NA | $35,000.00 | $0.00 | $0.00 |
| The Biography Channel (9023) | 7200-000 | NA | $14,905.00 | $0.00 | $0.00 |
| WKTI FM | 7200-000 | NA | $10,710.00 | $0.00 | $0.00 |
| WMBD TV | 7200-000 | NA | $769.25 | $0.00 | $0.00 |
| WYZZ TV | 7200-000 | NA | $255.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,768,842.94 | $1,817,054.72 | $1,605,504.15 | $0.00 |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 07-13953-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MEDIA MIX NET, INC. | Date Filed (f) or Converted (c): | 07/13/2007 (f) |
| For the Period Ending: | 9/17/2010 | §341(a) Meeting Date: | 09/04/2007 |
| | | Claims Bar Date: | 12/07/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Preference Claim against Home and Garden Network (u) | $161,500.00 | $161,500.00 | DA | $0.00 | FA |
| 2 | Preference Claim againt Television Food Network (u) | $263,633.89 | $263,633.89 | DA | $0.00 | FA |
| Asset Notes: | DA- Ordinary Course  Unscheduled - DA- Ordinary Course | | | | | |
| 3 | ACCOUNTS RECEIVABLE | $518,675.00 | $3,046,673.30 | DA | $0.00 | FA |
| Asset Notes: | Bulk of accounts in the amount of $2,146,874.83 are older than 120 days and are of doubtful value  A/R DA Uncollectable not A/R at all, but booked against work not performed  A/R DA Uncollectable not A/R at all, but booked against work not performed | | | | | |
| 4 | Patent Pending (media planning and buying system | $6,000.00 | $7,500.00 | DA | $7,500.00 | FA |
| Asset Notes: | To be purchased by technacity for $7500 | | | | | |
| 5 | ACCOUNTS RECEIVABLE (Siteman Cancer Center) | $5,301.44 | $5,301.44 | DA | $0.00 | FA |
| Asset Notes: | Siteman Cancer Center | | | | | |
| 6 | ACCOUNTS RECEIVABLE (ACB 50/50) | $1,795.00 | $1,795.00 | DA | $0.00 | FA |
| Asset Notes: | ACB 50/50 | | | | | |
| 7 | ACCOUNTS RECEIVABLE Advertising Checking Bureau | $34,202.90 | $34,202.90 | DA | $0.00 | FA |
| Asset Notes: | Advertising Checking Bureau | | | | | |
| 8 | ACCOUNTS RECEIVABLE (AMCORE Bank) | $26,605.12 | $26,605.12 | DA | $0.00 | FA |
| Asset Notes: | AMCORE Bank | | | | | |
| 9 | ACCOUNTS RECEIVABLE Carolinas Healthcare | $299.00 | $299.00 | DA | $0.00 | FA |
| Asset Notes: | Carolinas Healthcare | | | | | |
| 10 | ACCOUNTS RECEIVABLE Cbeyond | $150.00 | $150.00 | DA | $0.00 | FA |
| Asset Notes: | Cbeyond | | | | | |
| 11 | ACCOUNTS RECEIVABLE Clockwork | $1,680.00 | $1,680.00 | DA | $0.00 | FA |
| Asset Notes: | Clockwork | | | | | |
| 12 | ACCOUNTS RECEIVABLE (FTD, Inc.) | $11,000.00 | $11,000.00 | DA | $0.00 | FA |
| Asset Notes: | Clockwork | | | | | |
| 13 | ACCOUNTS RECEIVABLE Greenhouse Communication | $6,083.51 | $6,083.51 | DA | $0.00 | FA |
| Asset Notes: | Greenhouse Communication | | | | | |
| 14 | ACCOUNTS RECEIVABLE Newberry Library | $1,180.80 | $1,180.80 | DA | $0.00 | FA |
| Asset Notes: | Newberry Library | | | | | |
| 15 | ACCOUNTS RECEIVABLE Unity Health Insurance | $86.40 | $86.40 | DA | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2
Exhibit 8

| **Case No.:** | 07-13953-CAD | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | MEDIA MIX NET, INC. | **Date Filed (f) or Converted (c):** | 07/13/2007 (f) |
| **For the Period Ending:** | 9/17/2010 | **§341(a) Meeting Date:** | 09/04/2007 |
| | | **Claims Bar Date:** | 12/07/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Asset Notes:** Unity Health Insurance | | | | | |
| **Ref. #** | | | | | |
| 16   ACCOUNTS RECEIVABLE UW Health | $2,232.93 | $2,232.93 | DA | $3,400.00 | FA |
| **Asset Notes:** UW Health | | | | | |
| 17   ACCOUNTS RECEIVABLE Verizon | $6,496.64 | $6,496.64 | DA | $0.00 | FA |
| **Asset Notes:** Verizon | | | | | |
| 18   BANK ACCOUNTS | $0.00 | $4,625.85 | DA | $0.00 | FA |
| **Asset Notes:** account at JP Morgan Chase Bank #5330394236 | | | | | |
| 19   ACCOUNTS RECEIVABLE (Inter Public Group) | $0.00 | $7,137.90 | DA | $7,137.90 | FA |
| 20   ACCOUNTS RECEIVABLE-Dothan Eagle (u) | $0.00 | $1,618.50 | DA | $1,618.50 | FA |
| **Asset Notes:** Over payment refund coming. | | | | | |
| 21   Refunds from Vendors not scheduled (u) | Unknown | Unknown | DA | $570.85 | FA |
| **Asset Notes:** Various refunds from vendors not listed on schedules. | | | | | |
| 22   IL Sales Tax Refund (u) | $0.00 | $0.00 | | $1,446.00 | FA |
| INT   Interest Earned (u) | Unknown | Unknown | | $54.51 | Unknown |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$1,046,922.63    $3,589,803.18    $21,727.76    $0.00

**Major Activities affecting case closing:**

-Enter all assets
-Get Lois employed
-Contact accountant for tax docs
-Create preference spreadsheet
TFR done - hearing on 01/21/10
Distribution made

TFR approved

**Initial Projected Date Of Final Report (TFR):**    12/31/2009
**Current Projected Date Of Final Report (TFR):**    12/17/2009

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 07-13953-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | MEDIA MIX NET, INC. | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******1569 | **Checking Acct #:** ******1466 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking Account |
| **For Period Beginning:** | 7/13/2007 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 9/17/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********1466 | 9999-000 | $1,446.00 | | $1,446.00 |
| 04/22/2010 | 10107 | Dept of the Treasury - Internal Revenue Service | Dividend paid  30.20% on $37,740.69; Claim# 83P; Filed: $37,740.69; Reference: | 5800-000 | | $1,446.00 | $0.00 |
| | | | **TOTALS:** | | $1,446.00 | $1,446.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,446.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $1,446.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,446.00 | |

**For the period of 7/13/2007 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,446.00 |
| | |
| Total Compensable Disbursements: | $1,446.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,446.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2010 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,446.00 |
| | |
| Total Compensable Disbursements: | $1,446.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,446.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2
Exhibit 9

| Case No. | 07-13953-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MEDIA MIX NET, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******1569 | Money Market Acct #: | ******1465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 7/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2007 | (4) | TECHnacity LLC | Purchase of software and Patent pending per order | 1129-000 | $7,500.00 | | $7,500.00 |
| 10/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $0.13 | | $7,500.13 |
| 11/06/2007 | (16) | UW Health | Accounts receivable from UW Health, University of Wisconsin Medical Foundation | 1121-000 | $3,400.00 | | $10,900.13 |
| 11/30/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $5.18 | | $10,905.31 |
| 11/30/2007 | | irs | TAX | 2810-000 | | $1.45 | $10,903.86 |
| 12/31/2007 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | $5.55 | | $10,909.41 |
| 01/02/2008 | 1001 | Merrill Lynch- Third Party Services | for production of documents | 2990-000 | | $85.00 | $10,824.41 |
| 01/18/2008 | (20) | Dothan Eagle | Over payment refund | 1221-000 | $1,618.50 | | $12,442.91 |
| 01/25/2008 | (19) | Inter Public Group | Accts receivable | 1290-000 | $7,137.90 | | $19,580.81 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $5.26 | | $19,586.07 |
| 02/04/2008 | 1002 | ADP | W-2 preparation | 2690-730 | | $116.25 | $19,469.82 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $4.00 | | $19,473.82 |
| 03/24/2008 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #07-13953 | 2300-000 | | $22.65 | $19,451.17 |
| 03/31/2008 | (21) | Crump Group Inc. | Refund from BISYS Co. vendor | 1280-000 | $570.85 | | $20,022.02 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $3.61 | | $20,025.63 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $2.79 | | $20,028.42 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.50 | | $20,030.92 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.54 | | $20,033.46 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.54 | | $20,036.00 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.38 | | $20,038.38 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $2.62 | | $20,041.00 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $2.18 | | $20,043.18 |

**SUBTOTALS** $20,268.53 $225.35

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-13953-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MEDIA MIX NET, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******1569 | Money Market Acct #: | ******1465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 7/13/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $1.57 | | $20,044.75 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $1.42 | | $20,046.17 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.81 | | $20,046.98 |
| 02/03/2009 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13953, 2009 Blanket Bond at .80/$1000 | 2300-000 | | $0.03 | $20,046.95 |
| 02/03/2009 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13953, 2009 Blanket Bond at .80/$1000 | 2300-003 | | ($0.03) | $20,046.98 |
| 02/03/2009 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13953, 2009 Blanket Bond Premium | 2300-000 | | $17.34 | $20,029.64 |
| 02/03/2009 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2009 FOR CASE #07-13953, 2009 Blanket Bond Premium | 2300-003 | | ($17.34) | $20,046.98 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.76 | | $20,047.74 |
| 03/09/2009 | 1006 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #07-13953 | 2300-000 | | $25.05 | $20,022.69 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.87 | | $20,023.56 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.81 | | $20,024.37 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.78 | | $20,025.15 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.87 | | $20,026.02 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.84 | | $20,026.86 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.84 | | $20,027.70 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.81 | | $20,028.51 |
| 10/09/2009 | 1007 | Illinois Department of Revenue | 2008 IL -1120 Tax Return | 2820-000 | | $541.00 | $19,487.51 |

**SUBTOTALS**   $10.38   $566.05

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| Case No. | 07-13953-CAD | | Trustee Name: | David Leibowitz |
| Case Name: | MEDIA MIX NET, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******1569 | | Money Market Acct #: | ******1465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 7/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/09/2009 | 1008 | Financial Agent | 2008 Tax Return | 2810-000 | | $999.00 | $18,488.51 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.79 | | $18,489.30 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.77 | | $18,490.07 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.77 | | $18,490.84 |
| 01/22/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.52 | | $18,491.36 |
| 01/22/2010 | | To Account #********1466 | In preparation of distribution | 9999-000 | | $18,491.36 | $0.00 |

| | | | | TOTALS: | $20,281.76 | $20,281.76 | $0.00 |
| | | | | Less: Bank transfers/CDs | $0.00 | $18,491.36 | |
| | | | | Subtotal | $20,281.76 | $1,790.40 | |
| | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | Net | $20,281.76 | $1,790.40 | |

**For the period of 7/13/2007 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $20,281.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,281.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,790.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,790.40 |
| Total Internal/Transfer Disbursements: | $18,491.36 |

**For the entire history of the account between 10/29/2007 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $20,281.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,281.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,790.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,790.40 |
| Total Internal/Transfer Disbursements: | $18,491.36 |

Page No: 5
Case 07-13953   Doc 39   Filed 09/22/10   Entered 09/22/10 13:23:06   Desc Main
Document      Page 14 of 15
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 07-13953-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MEDIA MIX NET, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******1569 | | Checking Acct #: | ******1466 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 7/13/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2010 | | From Account #********1465 | In preparation of distribution | 9999-000 | $18,491.36 | | $18,491.36 |
| 01/22/2010 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $2,778.05, Trustee Compensation; Reference: | 2100-000 | | $2,778.05 | $15,713.31 |
| 01/22/2010 | 102 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $59.27, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $59.27 | $15,654.04 |
| 01/22/2010 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $4,146.75, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | $4,146.75 | $11,507.29 |
| 01/22/2010 | 104 | Lois West | Dividend paid 100.00% on $1,376.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | $1,376.00 | $10,131.29 |
| 01/22/2010 | 105 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $178.73, Trustee Expenses; Reference: | 2200-000 | | $178.73 | $9,952.56 |
| 01/22/2010 | 106 | Dept of the Treasury - Internal Revenue Service | Dividend paid 26.37% on $37,740.69; Claim# 83P; Filed: $37,740.69; Reference: | 5800-000 | | $9,952.56 | $0.00 |
| 03/23/2010 | (22) | Strata Marketing, Inc | | 1224-000 | $1,446.00 | | $1,446.00 |
| 04/06/2010 | | Wire out to BNYM account ********1466 | Wire out to BNYM account ********1466 | 9999-000 | ($1,446.00) | | $0.00 |
| | | | **TOTALS:** | | $18,491.36 | $18,491.36 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $17,045.36 | $0.00 | |
| | | | **Subtotal** | | $1,446.00 | $18,491.36 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,446.00 | $18,491.36 | |

| For the period of 7/13/2007 to 9/17/2010 | | For the entire history of the account between 01/22/2010 to 9/17/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,446.00 | Total Compensable Receipts: | $1,446.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,446.00 | Total Comp/Non Comp Receipts: | $1,446.00 |
| Total Internal/Transfer Receipts: | $17,045.36 | Total Internal/Transfer Receipts: | $17,045.36 |
| | | | |
| Total Compensable Disbursements: | $18,491.36 | Total Compensable Disbursements: | $18,491.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,491.36 | Total Comp/Non Comp Disbursements: | $18,491.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 07-13953-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | MEDIA MIX NET, INC. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******1569 | **Checking Acct #:** ******1466 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking Account |
| **For Period Beginning:** | 7/13/2007 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 9/17/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $21,727.76 | $21,727.76 | $0.00 |

**For the period of 7/13/2007 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $21,727.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,727.76 |
| Total Internal/Transfer Receipts: | $18,491.36 |
| | |
| Total Compensable Disbursements: | $21,727.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,727.76 |
| Total Internal/Transfer Disbursements: | $18,491.36 |

**For the entire history of the case between 07/13/2007 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $21,727.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,727.76 |
| Total Internal/Transfer Receipts: | $18,491.36 |
| | |
| Total Compensable Disbursements: | $21,727.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,727.76 |
| Total Internal/Transfer Disbursements: | $18,491.36 |